**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF MISSISSIPPI**
**ABERDEEN DIVISION**

**SHERILA TUCKER**                                                                          **PLAINTIFF**

**V.**                                           **NO. 1:21-CV-12-DMB-RP**

**THE HERSHEY COMPANY**                                                 **DEFENDANT**

## FINAL JUDGMENT

In accordance with the order entered this day, Sherila Tucker's claims against the Hershey Company are **DISMISSED with prejudice**.

**SO ORDERED**, this 18th day of March, 2021.

                                                       **/s/Debra M. Brown**
                                                       **UNITED STATES DISTRICT JUDGE**