| | |
|---|---|
| **Name of Person Filing:** | SHERLIA TUCKER |
| **Mailing Address:** | 1349 O.M COX RD |
| **City, State and Zip Code** | POTTS CAMP, MS 38659 |
| **Phone numbers:** | 662 317-9307 and (901) 487-7436 |

RECEIVED
MAR 19 2021
OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF MISSISSIPPI

TO: THE UNITED STATES DISTRICT COURT
OFFICE OF THE CLERK
NORTHERN DISTRICT OF MISSISSIPPI
DAVID CREWS, CLERK

MOTION FOR CHANGE OF VENUE (CASE NO) 1:21-CV-12-DMB- RP

<u>Sheria Tucker /Rennie Rayford</u>
**Name of Plaintiff/Petitioner**

<u>The Hersey Company</u>
**Name of Defendant /Respondent**

I am the (x) plaintiff/ petitioner or ___ defendant/ respondent in this action

I move for a change of venue following reasons:

<u>I am filing under the laws of discovery rule. I ask the court to move this</u>
<u>case to Benton County Mississippi. This is the county that I reside in.</u>
<u>My mailing is on Marshall County line. My physical address for voting, taxes</u>
<u>etc.: is in Ashland Mississippi, county of Benton.</u>
<u>I ask for this change of venue due to my health condition. I received a memo</u>
<u>from your district, stating that my court date will be available on February 7,</u>
<u>2022 at approximately 9:45 am. This case may be set as a trial due to the</u>
<u>overwhelming cases before the fact. This case is going</u>

forward to another county (Located at the United States Federal Building, 305 Main Street, Greenville MS,) Distance is 3 hours and 9 minutes, due to the extent physical damages and suffering significant pain along with unexpected health conditions I cannot, ride in a vehicle due to severity pain. I plea for this case to be moved to Benton County Ms.

Date this 9th day of March 2021

**SHERILA TUCKER**

TO: United States Distric Court, office of clerk (Distric Court)
911 Jackson Ave suite 369 Oxford MS (Judge)
38655

**CERTIFICATE OF SERVICE:** I certify that a copy of this document was (x) mailed MARCH 9TH, 2021 TO ALL PARTY'S BELOW:

the other party/the other party's attorney at the following address: and

(1) UNITED STATES FEDERAL BUILDING,

305, MAIN STREET, GREENVILLE, MISSISSIPPI 38701

(2) HERSEY COMPANY ATTORNEY'S

BAKER DONELSON, BEARMAN CALDWEL: WILLIAM N REED& BERKOWITZ, PC

100 VISION DRIVE, SUITE 400 JACKSON, MISSISSIPPI,39211-6391

Signature _[signed]_

[Notary seal: STATE OF MISSISSIPPI, NOTARY PUBLIC, ID # 127758, TELESHIA SMITH, Commission Expires May 12, 2023, BENTON COUNTY]

Teleshia Smith
3-16-2021



From: Sherila Lucher
1349 O.M. Cox Rd
Potts Camp MS
38659

ReadyPost
Document Mailer

CERTIFIED MAIL
7020 1290 0002 2639 7206

To: United States District Court office
of District Court Judge
911 Jackson Ave Suite 369
Oxford MS 38655

U.S. POSTAGE PAID
FCM LETTER
ASHLAND, MS
38603
MAR 16, 21
AMOUNT
$7.00
R2305H127521-99