IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

**SHERILA TUCKER**                                                                                                **PLAINTIFF**

**V.**                                                              **NO. 1:21-CV-12-DMB-RP**

**THE HERSHEY COMPANY**                                                   **DEFENDANT**

## ORDER

On March 18, 2021, after the Hershey Company removed this case from state court,[1] the Court, on Hershey's motion,[2] dismissed Sherila Tucker's negligence claims against Hershey as time barred "[b]ecause Tucker did not file her complaint until well after the three-year statute of limitations had run." Doc. #12 at 3. The next day, Tucker filed a motion "to move this case to Benton County Mississippi." Doc. #14 at 1. Because the Court's March 18 order disposed of all of Tucker's claims pending before this Court, Tucker's motion for change of venue [14] is **DENIED as moot**.

SO ORDERED, this 23rd day of March, 2021.

                                                                           **/s/Debra M. Brown**
                                                                           **UNITED STATES DISTRICT JUDGE**

---

[1] Doc. #1.

[2] Doc. #4.